# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.** | Telephone: (518) 449-2043 | For payments Only: |
| Trustee | Facsimile: (518) 449-2473 | P.O Box 1918 |
| **Bonnie Baker, Esq.** | | Memphis, TN 38101-1918 |
| Assoc. Attorney | | |

May 23, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    05-18822            Deborah A. Watson

To Whom It May Concern:

Enclosed please find check #922671 in the amount of $13.05. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

|  |  |
|---|---|
| Claim No. | 3 |
| Account# | 0223545821/1175 |
| Creditor | Aspire Visa Gold<br>POB 23051<br>Columbus, GA 31902 |

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

**FILED**
**MAY 24 2011**
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY